**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00698-CV

**MICHAEL SUTKER, M.D., ET AL., Appellants**

**V.**

**DORCAS SIMMONS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13851**

## ORDER

Before the Court is appellee's October 15, 2018 unopposed third motion for an extension

of time to file a brief. We **GRANT** the motion and extend the time to **October 22, 2018**.

/s/    ADA BROWN
       JUSTICE